AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 04 2024 ★

BROOKLYN OFFICE

| | )
|---|---|
| 145 Sisson Avenue, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-903-MPS |
| Aron Puretz | ) |
| *Defendant* | ) |

MISC 24-2217

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/29/2024.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 05/29/2024

CLERK OF COURT

/S/ Jeremy J. Shafer
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 4 2024 ★

BROOKLYN OFFICE

145 SISSON AVENUE, LLC
                Plaintiff

vs.

ARON PURETZ
           Defendant

CASE NO. 3:23CV903 (MPS)

MISC 24-2217

## AMENDED DEFAULT JUDGMENT

The defendant having failed to appear, plead, or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on September 1, 2023, and

The plaintiff having filed on November 16, 2023, a third motion for default judgment pursuant to the provisions of Rule 55(b)(1) of the F.R.C.P., and after an Evidentiary hearing held on April 24, 2024, the court having granted the motion on April 25, 2024 in the amount of $2,152,787.36; it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff in the amount $2,152,787.36.

Dated at Hartford, Connecticut, this 29th day of May 2024.

                                                                   , Clerk

                                        By /S/ Devorah Johnson
                                           Devorah Johnson
                                           Deputy Clerk

EOD 5/29/24

I hereby attest and certify that this is a copy of a document which was electronically filed with the United States District Court for the District of Connecticut.

Date Filed: 5-29-2024

Dinah Milton Kinney, Clerk

By: /S/ Jeremy J. Shafer
Deputy Clerk

# Ford & Paulekas, LLP
Attorneys at Law

280 Trumbull Street
Hartford, CT 06103
860.527.0400
Fax 860.249.7500

June 3, 2024

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 04 2024 ★
BROOKLYN OFFICE

Clerk of the U.S. District Court
For The Eastern District Of New York
225 Cadman Plaza East
Brooklyn, NY 11201

MISC 24-2217

<u>**VIA FEDERAL EXPRESS — 7766 7454 9279**</u>

Re: <u>145 Sisson Avenue, LLC v. Aron Puretz
Civil Action No. 3:23-CV-0903 (MPS)</u>

Dear Sir/Madam:

Enclosed please find the following regarding the above-referenced matter:

(1) AO 451 form registering a Default Judgment in 23-CV-0903 pursuant to 28 USC §1963;

(2) Our firm's check in the amount of $52.00.

Kindly register this judgment in your court.

Please do not hesitate to contact me immediately if you have any questions.

Most cordially,

Houston Putnam Lowry
(860) 808-4213
PTL@HPLowry.com

HPL/kc
Enclosures as stated
cc: Kyle O'Hehir-Kyle@constitutionmgmt.com

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Letters\145 Sisson v. Purety USDC EDNY 2024-06-03.doc